UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**:
Richard Anderson                                              Case No. 19-13860
Karen D. Anderson
    Debtors                                                      Chapter 13

**APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

Diana M. Dixon applies under Section 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is Counsel for the debtors.

2. The debtors filed a petition under chapter 13 of the Bankruptcy Code on June 14, 2019. The Plan was confirmed on January 30, 2020.

3. The debtors' annualized current monthly income is:

    ___ above medium

    _X_ below medium - the means test does not apply to this case

4. All services rendered and expenses incurred for which compensation or reimbursement are requested were performed or incurred for or on behalf of the debtors. The services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of **$4,000.00** for 12.0 hours in providing the following services:

    -Consultation with clients
    -Preparation and filing of Schedules and Plan
    -Correspondence, telephone, fax and e-mails to clients, creditors and Trustee's Office
    -Review claims
    -Attend 341 Meeting
    -Amend Plan
    -Amend Schedule J

6. Applicant requests reimbursement of expenses in the amount of **$310.00** for the following expenses:

    Court Filing Fee: **$310.00**

7. The debtors paid Applicant **$1,500.00 + $310.00 filing fee.**

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as exhibit "A".

9. None of the compensation paid to Applicant will be shared with any person other than a member or regular associate of Applicant's law firm unless 11 U.S.C. applies.

**WHEREFORE**, Applicant requests an award of **$4,000.00** in compensation and **$310.00** in reimbursement of actual, necessary expenses.

Dated: January 31, 2023        S/<u>Diana M. Dixon, Esquire</u>
　　　　　　　　　　　　　　　　Diana M. Dixon, Esquire
　　　　　　　　　　　　　　　　Applicant
　　　　　　　　　　　　　　　　107 N. Broad St.
　　　　　　　　　　　　　　　　Suite 307
　　　　　　　　　　　　　　　　Doylestown, PA  18901
　　　　　　　　　　　　　　　　Phone No: (215)534-1258
　　　　　　　　　　　　　　　　Fax No: (215)348-9879
　　　　　　　　　　　　　　　　E-Mail: dianamdixonesq@gmail.com